# In re ELI LILLY & COMPANY "ORA-FLEX" PRODUCTS LIABILITY LITIGATION.

## No. 570.

Judicial Panel on Multidistrict Litigation.

Feb. 2, 1984.

---

**1.** The Court, of course, takes no position here concerning the jurisdictional issue raised in the *Allegheny* matter.

Before ANDREW A. CAFFREY, Chairman, ROBERT H. SCHNACKE, FRED DAUGHERTY, SAM C. POINTER, Jr.,* S. HUGH DILLIN, MILTON POLLACK,* and LOUIS H. POLLAK, Judges of the Panel.

### ORDER DENYING TRANSFER

PER CURIAM.

Presently before the Panel is a motion, pursuant to 28 U.S.C. § 1407, filed by plaintiffs in one action pending in the Eastern District of Michigan in this docket, to centralize in the Southern District of Ohio for coordinated or consolidated pretrial pro-

ceedings the 27 actions[1] listed on the attached Schedule A.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Although we recognize that the actions in this litigation involve some common questions of fact, we are not persuaded that these common questions of fact will, in the future course of this litigation, predominate over individual questions of fact present in each action. We note that 1) plaintiffs in actions that are concluded or well advanced have conducted extensive discovery of defendant Eli Lilly and Company (Lilly) in areas of common factual inquiry; and 2) at oral argument in this matter, counsel for Lilly stated his willingness to make this common discovery applicable in those actions that are not far advanced, in order to eliminate the possibility of duplicative discovery in this litigation. We further note that one related action has already been tried in the Middle District of Georgia, another action has been settled in the Eastern District of Virginia, and several other actions have been scheduled for trial within the next six months. Under these circumstances, we cannot conclude that centralization of the actions in this litigation under Section 1407 will further the purposes of the statute. *See In re Asbestos and Asbestos Insulation Material Products Liability Litigation,* 431 F.Supp. 906, 910 (J.P.M.L.1977).

IT IS THEREFORE ORDERED that the motion for transfer, pursuant to 28 U.S.C. § 1407, be, and the same hereby is, DENIED.

---

* Judge Milton Pollack recused himself and took no part in the decision of this matter. In addition, Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

1. The motion, as amended, seeks centralization of 30 actions. The schedule of actions, however, included one action—*Lottie Seltzer v. Eli Lilly & Company,* S.D. Alabama, C.A. No. 83–0335—that was dismissed on October 31, 1983.

Another action included on the schedule—*Clarence Borom v. Eli Lilly & Company,* M.D. Georgia, C.A. No. 83–0038–COL—was tried in November, 1983, resulting in a verdict and judgment for plaintiff. A third action included on the schedule—*Chong Ho Kim, et al. v. Eli Lilly & Company,* E.D. Virginia, C.A. No. 83–0695–A—has been settled. Thus the Section 1407 motion, as amended, encompasses a total of 27 actions presently in pretrial in federal district courts.

## SCHEDULE A

### Middle District of Alabama

*Audria Barker, et al. v. Eli Lilly & Company,* C.A. No. 83H–0610–S

### Northern District of Alabama

*Roderick P. Donnelly, et al. v. Eli Lilly & Company,* C.A. No. CV–83–1517S

*Glenda Nelms, etc. v. Eli Lilly & Company,* C.A. No. CV–83–PT–0891S

### Southern District of Alabama

*Austin Pettaway v. Eli Lilly & Company,* C.A. No. 82–0818–C

### Central District of California

*Charlene Lastra v. Eli Lilly & Company,* C.A. No. 83–1668

### Southern District of Florida

*Adele Hellman, et al. v. Eli Lilly & Company,* C.A. No. 82–6614

### Middle District of Georgia

*Angela M. Buchanan, et al. v. Eli Lilly & Company,* C.A. No. 83–0002

*Sara Ray v. Eli Lilly & Company,* C.A. No. 83–0023–ALB

### Northern District of Georgia

*Louis B. Bradley v. Eli Lilly & Company,* C.A. No. C–83–1349–A

### Eastern District of Louisiana

*Carolyn Hammet v. Eli Lilly & Company,* C.A. No. 83–2645

*Hazel B. Pizani, et al. v. Eli Lilly & Company,* C.A. No. 83–2551

### Middle District of Louisiana

*Carolina L. Polozola, et al. v. Eli Lilly & Company,* C.A. No. 83–751A

### District of New Jersey

*Mary Fertitta, et al. v. Eli Lilly & Company,* C.A. No. 83–1414

### Southern District of Ohio

*Maxine Hart, et al. v. Eli Lilly & Co.,* C.A. No. C–1–83–1765

### Eastern District of Pennsylvania

*Rose Butler v. Eli Lilly & Company,* C.A. No. 83–2915

*Robert Maier v. Eli Lilly & Company,* C.A. No. 83–2605 .

### Middle District of Pennsylvania

*Louis N. Domiano, et al. v. Eli Lilly & Company,* C.A. No. CV–82–0982

### Western District of Tennessee

*Roselyn Espey v. Eli Lilly & Company,* C.A. No. 82–1184

*Jimmie N. Rodgers, et al. v. Eli Lilly & Company,* C.A. No. 83–2491–GA

### Southern District of Texas

*Theodore Crumby, Jr., et al. v. Eli Lilly & Company,* C.A. No. G–82–525

### Eastern District of Texas

*Doris E. Scales, et al. v. Eli Lilly & Company,* C.A. No. 83–0073–CA

### Western District of Michigan

*Dortha M. Wolf, et al. v. Eli Lilly & Company,* C.A. No. 82–399–CA4

### Eastern District of Michigan

*Frederick Domanski, et al. v. Eli Lilly & Company,* C.A. No. 83CV0499DT

*Larry See, et al. v. Eli Lilly & Company,* C.A. No. 83CV4223DT

*Velma Phillips v. Eli Lilly & Company,* C.A. No. 83CV1686

*Janet Kapala v. Eli Lilly & Company,* C.A. No. 83CV8356FL

*Alyce LeRoy, et al. v. Eli Lilly & Company,* C.A. No. 83CV7320B